**Order filed October 7, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-19-00608-CR**

_____

**TAIRON JOSE MONJARAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1614762**

---

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1 and State's Exhibit 2.**

The exhibit clerk of the 232nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 1 and State's Exhibit 2, on or before **October 12, 2020.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1 and State's Exhibit 2, to the clerk of the 232nd District Court.

PER CURIAM

Panels consists of Justices Kelly, Goodman, and Countiss